Good afternoon everybody. So this is Mr. Fallon, Mr. Lev, and this is Fisher v. Commissioner. Sir, my understanding is you wanted to tell us something? Yes, sir. How are you today? Good, how are you? Good. May it please the court, my name is Bob Fallon from the Montgomery County DA's office. I no longer believe that the lower court committed error. I've spent the past few As the hours passed, the less and less comfortable I came with our position and it dawned on me that if I, a career prosecutor, was not feeling good about these arguments, then perhaps it was not appropriate to come and stand before the court and argue and advocate for them. So I am conceding that I now believe that there was no error below. There was no error? There was no error. The reasonable doubt instruction was proper. No, I'm conceding that the district court did not err. The district, the federal district court did not err in its ruling that there was error in the state guilt phase. Yes. So you ask us to affirm the district court? Yes, your honor. Across the board? Yes, your honor. And I apologize to the the inconvenience. I know the court put many hours into it, but sometimes when prepping for arguments, you know, I seek it to have a deeper understanding of the case and sometimes, at least this case, I came to a different conclusion than I had and I felt compelled to to take the position that I now have. But your position, just to be clear, Mr. Fisher is entitled to the trial? Yes. Well, can we go back and do that? Thank you. Please rise. The court is back in session. Please be seated. So, Mr. Lev, I take it you don't have any issue with Mr. Fallon's position? I do not, your honor. I thank Mr. Fallon for his honesty and integrity in reviewing the issue in this case. Right. Well, I'd also like to thank Mr. Fallon and his office. I'm pleased. There's absolutely no reason to apologize. I thank you for your candor. It's really in the best tradition of a prosecutor to recognize a mistake has been made and move forward. Judge Bevis? Likewise. I think it's in Berger v. United States, the Supreme Court talked about the prosecutor's obligation not to be winning cases, but to see that justice is done. It's not easy to come in and confess error, but, you know, we don't reject wisdom when it comes late. And we thank you very much for your candor in bringing this to us. I agree with my colleagues. Thank you. Thank you, your honor. Yes, sir. I would just ask if you could issue the order and the mandate as quickly as possible so we can move. Absolutely. Absolutely. All right. Thanks again. Be well.